IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR317 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOHN J. BLACK, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's Motion to Withdraw (Filing No. 44). The Motion is granted. The Motion for Preliminary Order of Forfeiture (Filing No. 43) is withdrawn.

**IT IS SO ORDERED.**

Dated this 5th day of May, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
**Chief United States District Judge**