UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR317 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| JOHN J. BLACK, JR., | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 10th day of April, 2010, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture.  The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1.  On November 10, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(g)(1), 924(d) and Title 28, United States Code, 2461(c), 5872, based upon the Defendant's plea of guilty to Counts II and III of the Superseding Indictment filed herein.   By way of said Preliminary Order of Forfeiture, the Defendant's interest in a  Stoeger Arms revolver, model Llama Super-Camanche, .44 caliber, serial number RA008O and a 12 gauge Savage shotgun, model Steven 58-12, was forfeited to the United States.  The United States represents the other weapons mentioned in the Plea Agreement have previously been disposed of by the Bureau of Alcohol, Tobacco, Firearms and Explosives.

2.   Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on December 16, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on March 26, 2010 (Filing No. 42).

3.  The Court has been advised by the United States no Petitions have been filed.  From a review of the Court file, the Court finds no Petitions have been filed.

4.  The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.   All right, title and interest in and to the Stoeger Arms revolver, model Llama Super-Camanche, .44 caliber, serial number RA008O and a 12 gauge Savage shotgun, model Steven 58-12, held by any person or entity, is hereby forever barred and foreclosed.

C.  The  Stoeger Arms revolver, model Llama Super-Camanche, .44 caliber, serial number RA008O and a 12 gauge Savage shotgun, model Steven 58-12., be, and the same hereby are, forfeited to the United States of America .

D.  The United States Bureau of Alcohol, Tobacco, Firearms and Explosives for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 10th day of May, 2010

**BY THE COURT:**

s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, Chief Judge**
**United States District Court**